UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAIFON PITUK, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY SPV I LLC, a Delaware limited liability company,<br><br>Defendant. | No. 2:18-CV-00065-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 19, 2019, the parties filed a stipulated dismissal, ECF No. 20. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal, **ECF No. 20**, is **GRANTED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of February 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2