FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAIFON PITUK, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY SPV I LLC, a Delaware limited liability company,<br><br>Defendant. | No. 2:18-cv-00065-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 7, 2019, the parties filed a stipulated dismissal, ECF No. 22. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 22**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2    provide copies to all counsel.

3    **DATED** this 8th day of March 2019.

     _____
4    SALVADOR MENDOZA, JR.
5    United States District Judge